UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN KIM,

    Plaintiff,

 v.

SANOFI PASTEUR INC.,

    Defendant.

C18-31 TSZ

MINUTE ORDER

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) Pursuant to the parties' stipulation, docket no. 13, the Clerk is DIRECTED to modify the docket to reflect that defendant's name is "Sanofi Pasteur Inc.," not "Sanofi Pasteur, Inc.," and all future papers filed in this matter shall include the correct caption.

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 5th day of April, 2018.

              William M. McCool
              Clerk

              s/Karen Dews
              Deputy Clerk

MINUTE ORDER - 1