UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN KIM,

    Plaintiff,

 v.

SANOFI PASTEUR INC.,

    Defendant.

C18-31 TSZ

MINUTE ORDER

   The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

   (1) On September 10, 2018, plaintiff voluntarily dismissed his claim under the Americans with Disabilities Act, opting to proceed forward on solely a state law claim. *See* Notice (docket no. 22). The Complaint pleads that plaintiff is a Canadian citizen and that defendant is a corporation headquartered in Pennsylvania, Compl. at ¶¶ 2.1 & 2.2 (docket no. 1), and the Answer indicates that defendant is incorporated in Delaware, Answer at ¶ 2.2 (docket no. 8). No pleading, however, sets forth the requisite amount in controversy, and diversity jurisdiction with respect to plaintiff's claim under the Washington Law Against Discrimination ("WLAD") has not been adequately alleged. *See* 28 U.S.C. § 1332(a). The Court concludes however, that it nevertheless has subject matter jurisdiction, pursuant to 28 U.S.C. § 1367(a), with regard to plaintiff's WLAD claim.

   (2) Defendant's motion for sanctions, docket no. 18, is DEFERRED and RENOTED to October 26, 2018. On or before October 26, 2018, defendant's counsel shall provide to the Court a courtesy copy of the complete transcript of plaintiff's deposition, double-sided, three-holed punched, and bound in a three-ring notebook.

MINUTE ORDER - 1

(3) Oral argument concerning defendant's motion for sanctions, docket no. 18, and plaintiff's motion to compel production of unredacted documents, docket no. 30, is SET for November 15, 2018, at 10:00 a.m.

(4) The parties' amended stipulated motion for extension, docket no. 29, is GRANTED as follows.

| **JURY TRIAL DATE (5 days)** | **September 9, 2019** |
|---|---|
| Discovery motions filing deadline | March 14, 2019 |
| Discovery completion deadline | April 19, 2019 |
| Dispositive motions filing deadline | May 16, 2019 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | May 23, 2019 |
| Motions in limine filing deadline | August 8, 2019 |
| Agreed pretrial order due | August 16, 2019 |
| Trial briefs, proposed voir dire questions, and jury instructions due | August 16, 2019 |
| Pretrial conference | August 30, 2019 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 15, shall remain in full force and effect.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of October, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2