The Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN KIM,<br><br>                 Plaintiff,<br><br>   v.<br><br>SANOFI PASTEUR, INC.,<br><br>                 Defendant. | No. 2:18-cv-00031-TSZ<br><br>STIPULATED MOTION AND ORDER TO RESCHEDULE ORAL ARGUMENT ON DEFENDANT'S MOTION FOR SANCTIONS AND PLAINTIFF'S MOTION TO COMPEL<br><br>NOTE ON MOTION CALENDAR:<br>October 23, 2018 |

## I. STIPULATION

Pursuant to LCR 7(d)(1), Plaintiff, by and through his counsel of record, and Defendant, by and through its counsel of record, hereby stipulate and agree that oral argument on Defendant's Motion for Sanctions for Deposition Conduct [Dkt. No. 18] and Plaintiff's Motion to Compel Unreacted Documents or for In Camera Review [Dkt. No. 30] should be rescheduled from November 15, 2018, to November 20, 2018, because of a preexisting conflict of Defense counsel.

DATED this 23rd day of October, 2018.                DATED this 23rd day of October, 2018.

MACDONALD HOAGUE & BAYLESS                JACKSON LEWIS P.C.

*Leslie J. Hagin*                                                          *Michael A. Griffin*
Leslie J. Hagin, WSBA #29186                              Michael A. Griffin, WSBA #29103

STIPULATED MOTION AND ORDER TO RESCHEDULE
ORAL ARGUMENT ON MOTIONS - 1
(No. 2:18-cv-00031-TSZ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| | |
|---|---|
| Tiffany M. Cartwright, WSBA #43564<br>705 Second Avenue, Suite 1500<br>Seattle, WA 98104<br>Telephone: 206-622-1604<br>Facsimile: 206-343-3961<br>leslieh@mhb.com<br>tiffanyc@mhb.com<br>Attorneys for Plaintiff | Jonathan M. Minear, WSBA #41377<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101<br>Telephone: 206-405-0404<br>Facsimile: 206-405-4450<br>michael.griffin@jacksonlewis.com<br>jonathan.minear@jacksonlewis.com<br>Attorneys for Defendant |

## II. ORDER

The parties' stipulated motion, docket no. 34, is GRANTED, and oral argument is RESCHEDULED from November 15, 2018, to November 20, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated this 24th day of October, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented by:

| | |
|---|---|
| DATED this 23rd day of October, 2018. | DATED this 23rd day of October, 2018. |
| MACDONALD HOAGUE & BAYLESS | JACKSON LEWIS P.C. |
| *Leslie J. Hagin*<br>Leslie J. Hagin, WSBA #29186<br>Tiffany M. Cartwright, WSBA #43564<br>705 Second Avenue, Suite 1500<br>Seattle, WA 98104<br>Telephone: 206-622-1604<br>Facsimile: 206-343-3961<br>leslieh@mhb.com<br>tiffanyc@mhb.com<br>Attorneys for Plaintiff | *Michael A. Griffin*<br>Michael A. Griffin, WSBA #29103<br>Jonathan M. Minear, WSBA #41377<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101<br>Telephone: 206-405-0404<br>Facsimile: 206-405-4450<br>michael.griffin@jacksonlewis.com<br>jonathan.minear@jacksonlewis.com<br>Attorneys for Defendant |

4847-2911-2672, v. 1

STIPULATED MOTION AND ORDER TO RESCHEDULE
ORAL ARGUMENT ON MOTIONS - 2
(No. 2:18-cv-00031-TSZ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404