UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN KIM,

            Plaintiff,

v.

SANOFI PASTEUR INC.,

            Defendant.

C18-31 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered November 16, 2018, docket no. 39, the Court directed defendant to provide for *in camera* review two (2) emails in hardcopy form identified as Bates Nos. SANOFI000665, SANOFI001094, SANOFI001077, and SANOFI001078. In addition to these emails, defendant has filed under seal fifteen (15) pages of materials identified as Bates Nos. SANOFI000666-67, SANOFI001079-90, and SANOFI001095, docket no. 40. On or before December 3, 2018, defendant shall file a supplemental response, not to exceed eight (8) pages in length, indicating (i) whether the documents identified as Bates Nos. SANOFI000666-67, SANOFI001079-90, and SANOFI001095 have been produced to plaintiff; (ii) if they have not been produced, why they do not appear on defendant's revised hardcopy privilege log, Ex. 9 to Minear Decl. (docket no. 36); and (iii) the position, title, or role of each author and recipient for each document submitted under seal as to which defendant asserts a privilege, as well as the context in which each item was prepared and distributed.

(2) On or before December 7, 2018, plaintiff may file a supplemental reply, not to exceed five (5) pages in length. The deferred portion of plaintiff's motion to compel production, docket no. 30, is RENOTED to December 7, 2018.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of November, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2