UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN KIM,

        Plaintiff,

v.

SANOFI PASTEUR INC.,

        Defendant.

C18-31 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The deferred portion of plaintiff's motion to compel production, docket no. 30, is GRANTED. Defendant provided for *in camera* review nineteen (19) pages of materials. In response to the Minute Order entered November 20, 2018, docket no. 41, defendant confirmed that fifteen (15) of those pages (Bates Nos. SANOFI000666-67, SANOFI001079-90, and SANOFI001095) were previously produced to plaintiff. *See* Def.'s Supp. Resp. (docket no. 42). The two documents remaining in dispute are: (i) an email dated April 18, 2016, authored by Gail Perruzzi, appended to which is an email dated April 18, 2016, from plaintiff John Kim to Gail Perruzzi and Jennifer Maguire (duplicate copies of this email bear Bates Nos. SANOFI000665 and SANOFI0001094); and (ii) an email dated April 15, 2016, authored by Gail Perruzzi (duplicate copies of this email bear Bates Nos. SANOFI001077 and SANOFI001078). These emails served to convey (from Gail Perruzzi to others) materials that have already been produced in discovery to plaintiff. Plaintiff is entitled to these "cover" emails for the sake of completeness and context. Defendant is DIRECTED to produce both emails within ten (10) days of the date of this Minute Order.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of December, 2018.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 2