UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN KIM,<br><br>              Plaintiff,<br><br>  v.<br><br>SANOFI PASTEUR, INC.,<br><br>              Defendant. | C18-31 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion regarding the amount in controversy, docket no. 44, is GRANTED as follows. By Minute Order entered October 15, 2018, docket no. 32, the Court observed that, with respect to plaintiff's claim under the Washington Law Against Discrimination ("WLAD"), the amount in controversy had not been pleaded, and diversity jurisdiction had not been adequately alleged, but that, following plaintiff's voluntary dismissal of the only federal claim in this matter, the Court still has (and is not declining to exercise) subject matter jurisdiction as to the WLAD claim, pursuant to 28 U.S.C. § 1367(a). The Court treats the parties' stipulated motion, docket no. 44, as seeking leave to amend the complaint to assert, and to amend the answer to admit, that the amount in controversy exceeds $75,000. *See Chavez v. JPMorgan Chase & Co.*, 888 F.3d 413, 416 (9th Cir. 2018) ("litigants cannot stipulate to subject matter jurisdiction where it does not otherwise exist," but a concession made in good faith is "strong evidence that the amount in controversy exceeds $75,000"). The parties are granted such leave, and the Complaint, docket no. 1, and the Answer, docket no. 8, will be deemed amended to allege and admit the requisite amount in controversy.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of January, 2019.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1